1    **McDERMOTT WILL & EMERY LLP**
     Ellie Hourizadeh (#204627)
2    2049 Century Park East, 38th Floor
     Los Angeles, CA  90067-3208
3    Telephone:    310-277-4110
     Facsimile:    310-277-4730
4    ehourizadeh@mwe.com

5    Attorneys for Plaintiffs,
     PET HEAD, INC. and KYARA MASCOLO
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PET HEAD, INC. a Delaware            CASE NO. CV12-04519 JAK(EX)
     corporation; and KYARA MASCOLO,
12   an individual,                       **ORDER RE: STIPULATION TO**
                                          **DISMISS COMPLAINT WITH**
13                  Plaintiffs,           **PREJUDICE**

14          v.                           **JS-6**

15   SKAFFLES GROUP, LLC, a New
     Jersey limited liability company;
16   SKAFFLES, LLC, a New York
     limited liability company; FETCH …
17   FOR COOL PETS! LLC, a New
     Jersey limited liability company;
18   FETCH, LLC, a New York limited
     liability company; E.S. SUTTON,
19   INC., a New Jersey corporation; and
     DOES 1- 10, inclusive,
20
                    Defendants.
21

22

23

24

25

26

27

28

DM_US 36001056-1.090241.0016

ORDER RE: STIPULATION TO DISMISS
COMPLAINT WITH PREJUDICE

*Sidebar (vertical text):* McDERMOTT WILL & EMERY LLP · ATTORNEYS AT LAW · LOS ANGELES

1    The Court having considered the parties Stipulation and for good cause shown, it is

2    hereby ORDERED that this action is dismissed with prejudice.  Each party shall bear their

3    respective attorneys' fees and costs.

4

5    DATED:  June 25, 2012

_____
Honorable John A. Kronstadt
U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES